# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## Case No. 24-13854-J

PREMIER BEAUTY AND HEALTH, LLC, ET AL

*Defendants-Appellants*

v.

AARON SILBERMAN, ET AL

*Plaintiff-Appellee*

On Appeal from the United States District Court
For the Southern District of Florida, No. 20-CV-21984-DPG
The Honorable Darrin P. Gayles

## UNOPPOSED MOTION TO WITHDRAW

Marlon J. Weiss, Esq.
Fla. Bar No. 49057
ARMSTRONG TEASDALE LLP
355 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone: (305) 371-8809
Telecopier: (305) 675-3605
mweiss@atllp.com
miamiefiling@atllp.com

*Counsel for Defendants-Appellants
Premier Beauty and Health LLC,
Jorge Hane, and Florencia Hane*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Cir. R. 26.1-1(a)(3), Appellants, Premier Beauty and Health LLC, Jorge Hane, and Florencia Hane, by and through their undersigned counsel, certify the following persons and entities may have an interest in the outcome of this case:

Alvarez, Bianca C. (Former Attorney for Defendants/Appellants)

Ariel Rapaport, P.A. (Counsel for Plaintiff/Appellee)

Armstrong Teasdale LLP (Counsel for Defendants-Appellants)

Carey Rodriguez Milian, LLP (Former Counsel for Defendants/Appellants)

Chemco Representative (Witness)

Dorta & Ortega, P.A. (Former Counsel for Defendants/Appellants)

Dr. Jeffrey Lin (Witness)

DuBosar, Harrison R. (Former Attorney for Defendants/Appellants)

DuBosar, Howard D. (Former Attorney for Defendants/Appellants)

Flint, Alexander (Attorney for Plaintiff/Appellee)

G&F Law Group, LLP (Counsel for Plaintiff/Appellee)

Gonzalez, Albert (Attorney for Plaintiff/Appellee)

Guedes, Edward G. (Former Attorney for Defendants/Appellants)

Hane, Florencia (Defendant/Appellant)

Hane, Jorge (Defendant/Appellant)

Harrison R. DuBosar PA (Former Counsel for Defendants/Appellants)

Hechtman, Brandon Jay (Attorney for Plaintiff/Appellee)

Hevia Hechtman Law Firm LLLP (Counsel for Plaintiffs/Appellees)

Hevia Law Firm (Counsel for Plaintiff/Appellee)

Hevia, Anthony C. (Attorney for Plaintiff/Appellee)

IAG Law, PLLC (Counsel for Plaintiff/Appellee)

Kozyak Tropin & Throckmorton PA (Former Counsel for Defendants/Appellants)

Lopez, Javier A. (Former Attorney for Defendants/Appellants)

Mase & Lara PA (Counsel for Plaintiff/Appellee)

Mishaan, Sarita (Witness)

Ortega, Omar (Former Attorney for Defendants/Appellants)

Piantini, Albert J. (Attorney for Defendant)

Premier Beauty and Health, LLC (Defendant/Appellant)

Premier Health and Beauty LLC (Corporate Affiliate of Defendants/Appellants)

Premier Products Work LLC (Corporate Affiliate of Defendants/Appellants)

Rapaport, Ariel (Attorney for Plaintiff/Appellee)

Rubio & Associates (Attorney for Defendants/Appellants)

Rubio, Felipe (Witness)

Salas, Courtney A. (Attorney for Plaintiff/Appellee)

Scott, Tara Leigh (Attorney for Plaintiff/Appellee)

Silberman, Aaron (Plaintiff)

Silberman, Sofia (Witness)

The Honorable Darrin P. Gayles (District Judge)

Weiss Serota Helfman (Former Counsel for Defendants/Appellants)

Wolf, Steven (Expert Witness)

Wolfe Law Firm, P.A. (Attorney for Defendants/Appellants)

Wolfe, Richard C. (Attorney for Defendants/Appellants)

Wolman, Janine (Witness)

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit

Rule 26.1-3(b), Appellants certify that none of the corporate entities listed above are publicly held.

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to 11th Circuit Rule 27-1(c)(2), Marlon J. Weiss, Esq. and the law firm of Armstrong Teasdale LLP respectfully request leave to withdraw as counsel for Appellants, Premier Beauty and Health LLC, Jorge Hane, and Florencia Hane in this case.

Florencia Hane filed a Chapter 13 bankruptcy on January 22, 2025. Jorge Hane and Premier Beauty request an additional 60 days to procure substitute appellate counsel.

Premier Beauty and Health LLC, Jorge Hane, and Florencia Hane have received written notice of the withdrawal request and approve the relief sought herein. Counsel for the opposing parties also received written notice of this request and consent to the withdrawal, but oppose any delay beyond 20 days to procure replacement appellate counsel. The opening brief is presently due February 20, 2025.

Premier Beauty and Health LLC, Jorge Hane, and Florencia Hane may continue to be noticed at the following address:

2800 Island Blvd. – PH2
Aventura, FL 33160
jorge@jorgehane.com

WHEREFORE, Marlon J. Weiss and Armstrong Teasdale LLP respectfully

request that this Court grant leave to withdraw as counsel in this matter and toll filing deadlines accordingly.

Dated: January 23, 2025.

Respectfully submitted,

ARMSTRONG TEASDALE LLP
355 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone: (305) 371-8809
Telecopier: (305) 675-3605

By:/s/ *Marlon J. Weiss*
  Marlon J. Weiss, Esq.
  Fla. Bar No. 49057
  FOR SERVICE OF PLEADINGS:
  miamiefiling@atllp.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing complies with the length limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 161 words. It complies with the typeface and type-style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it is printed in 14-point Times New Roman, a proportionally spaced typeface with serifs.

*/s/ Marlon J. Weiss*
Marlon J. Weiss, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    */s/Marlon J. Weiss*
                                                    Marlon J. Weiss, Esq.